**Order filed February 24, 2022**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-20-00524-CV**

———————

**METROPOLITAN WATER COMPANY, LP, Appellant**

**V.**

**BLUE WATER SYSTEMS, LP AND BLUE WATER VISTA RIDGE, LLC, Appellees**

**On Appeal from the 21st District Court**
**Burleson County, Texas**
**Trial Court Cause No. 37412**

## ORDER

On November 22, 2021, appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Western District of Texas, Austin Division under cause number 21-10903. Because a stay is automatic under Bankruptcy Code 362(a), all proceedings in the appeal were stayed. 11 U.S.C. § 362; *see also* Tex. R. App. P. 8.2.

On February 14, 2022, appellant filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). Attached to the motion is a true copy of the bankruptcy court's order lifting the stay for purposes of this appeal.

The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.